IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            Appellee,

v.                                      RECORD NO. 13-4420

SANTONIO L. MINUS
            Appellants

## MOTION TO EXTEND TIME FOR FILING APPEAL BRIEF AND APPENDIX

      Comes now the Appellant, Santonio L. Minus, by counsel, and hereby moves the Court pursuant to Rule 26 (b), Rules of Appellate Procedure, to extend the time for Appellant to file the Opening Brief and Appendix. As grounds therefore, Appellant states as follows:

1. By the Court's Briefing Order, Appellant's Opening Brief and the Joint Appendix is due on September 9, 2013.

2. The two-week trial of this case involved numerous co-defendants, approximately 50 witnesses, and scores of exhibits.  Appellant Minus raised numerous pretrial and trial issues in the district court by his trial counsel. Appellate counsel for Minus was appointed after the district court proceedings and has had to carefully review the voluminous record of the proceedings.

3. Counsel for Appellant has been working diligently on this appeal, but has had to also prepare for a three-week triple homicide jury trial scheduled in state court later this month and requests additional time for the preparation and filing of the Opening Brief.

4. Counsel has not previously requested an extension of time in this matter.

5. Counsel for the United States has no objection to this request for an extension of time.

WHEREFORE, Appellant, by counsel, respectfully moves this court for a forty-two (42) day extension of time, until October 21, 2013, to file the Opening Brief and Appendix in this appeal.

          Respectfully submitted,

          SANTONIO L. MINUS

          By Counsel

/s/ Michael T. Hemenway
Michael T. Hemenway
Attorney at Law
801 E. Jefferson Street
Charlottesville, VA  22902
(434) 296-3812
VSB No. 29820
Counsel for Appellant

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record: Grayson Hoffman, Assistant U.S. Attorney.

                                                                               /s/ Michael T. Hemenway